DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT M. CHEEVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0713

[June 18, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 07-019089 CF10A.

Vincent M. Cheever, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Maye v. State*, 2024 WL 1796831, April 25, 2024, (SC2023-1184).

CIKLIN, FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***